UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOCATION SERVICES IP, LLC, | |
| Plaintiff, | |
| V. | Civil Action No. 2:15-cv-00435-JRG |
| JP MORGAN CHASE & CO., ET AL., | LEAD CASE |
| Defendants. | |

## PLAINTIFF'S ANSWER TO THE JPM'S COUNTERCLAIMS

Plaintiff/Counter-Defendant Location Services IP, LLC ("LSIP") files this Answer to the Counterclaims of Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and Chase Bank USA, N.A. (collectively "Defendants" or "JPM") (Doc 19). LSIP responds to the allegations in the Counterclaims by identically numbered paragraph as follows:

1.      Admitted as to subject matter jurisdiction over counterclaims.  Denied that JPM is entitled to any declaratory relief.  Denied as to merits of counterclaims.

2-10.   Admitted.

11-12.  Denied that JPM's contentions have any merit.

13.      Admitted there is an actual and justiciable controversy for purposes of subject matter jurisdiction over counterclaims.  Denied that JPM is entitled to any declaratory relief.  Denied as to merits of counterclaims.

14.      LSIP incorporates the foregoing paragraphs.

15.      Admitted there is an actual controversy for purposes of subject matter jurisdiction over counterclaims.  Denied that JPM is entitled to any declaratory relief.  Denied as to merits of counterclaims.

16-17.  Denied.

18.     LSIP incorporates the foregoing paragraphs.

19.     Admitted there is an actual controversy for purposes of subject matter jurisdiction over counterclaims.  Denied that JPM is entitled to any declaratory relief.  Denied as to merits of counterclaims.

20-21.  Denied.

22.     To the extent necessary, LSIP admits that JPM has purported to make a jury demand.

23.     To the extent necessary, LSIP denies that JPM is entitled to the relief requested in its prayer for relief.  In addition, to the extent necessary, LSIP generally denies any allegation in the counterclaim not specifically admitted above, and LSIP re-alleges infringement, validity and damages, and denies any allegations in the counterclaims adverse to same.

## PRAYER FOR RELIEF

WHEREFORE, LSIP respectfully requests that this Court enter judgment denying and dismissing JPM's counterclaims, and that the Court enter judgment in favor of LSIP as requested in LSIP's complaint, as amended or supplemented.

July 20, 2015                                   Respectfully submitted,

                                                /s/ John J. Edmonds
                                                John J. Edmonds – Lead Counsel
                                                Texas Bar No. 789758
                                                Stephen F. Schlather, Esq.
                                                Texas Bar No. 24007993
                                                Shea Palavan, Esq.
                                                Texas Bar No. 24083616
                                                COLLINS, EDMONDS, POGORZELSKI,
                                                SCHLATHER & TOWER, PLLC
                                                1616 South Voss Road, Suite 125
                                                Houston, Texas 77057
                                                Telephone: (281) 501-3425
                                                Facsimile: (832) 415-2535
                                                jedmonds@cepiplaw.com

sschlather@cepiplaw.com
spalavan@cepiplaw.com

ATTORNEYS FOR PLAINTIFF
LOCATION SERVICES IP, LLC


## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this date.  Any other counsel of record will be served by first class mail.

July 20, 2015                              /s/ John J. Edmonds
                                           John J. Edmonds