# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LOCATION SERVICES IP, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>JP MORGAN CHASE & CO. et al.,<br><br>    Defendant. | Civil Action No. 2:15-cv-00435-JRG<br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| v.<br><br>CVS CAREMARK CORPORATION et al. | Civil Action No. 2:15-cv-00436-JRG |
| v.<br><br>HEB GROCERY COMPANY, LP et al. | Civil Action No. 2:15-cv-00437-JRG |
| v.<br><br>AT&T MOBILITY, LLC et al. | Civil Action No. 2:15-cv-00523-JRG |

## JOINT NOTICE OF MEDIATOR

Pursuant to the Court's Order of July 7, 2015 (Dkt No. 26), Plaintiff and the Defendants in the above styled cases respectfully notify the Court of their agreement on the following mediator:

> David Folsom
> JACKSON WALKER, LLP
> 6002 Summerfield, Suite B
> Texarkana, TX 75503
> 903.255.3250
> dfolsom@jw.com

and request appointment of same.

August 3, 2015

/s/ *Edward J. DeFranco*
Edward J. DeFranco
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Edward J. DeFranco
Lead Attorney
(NY Bar. No. 2108561)
eddefranco@quinnemanuel.com
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, New York 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100

Charles K. Verhoeven
CA State Bar No. 170151
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor, San Francisco,
California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung
CA State Bar No. 245782
marktung@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor,
Redwood Shores, CA 94065-2139
Tel.: (650) 801-5000
Fax: (650) 801-5100

**ATTORNEYS FOR DEFENDANT AND COUNTER-CLAIMANT TELENAV, INC.**

/s/ *Brian K. Buss*
Brian K. Buss, Texas Bar No. 00798089
Leisa T. Peschel, Texas Bar No. 24060414
WILLIAMS MORGAN, P.C.
10333 Richmond Avenue, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011
bbuss@wmalaw.com
lpeschel@wmalaw.com

Respectfully submitted,

/s/ *John J. Edmonds*
John J. Edmonds – Lead Counsel
Texas Bar No. 789758
Stephen F. Schlather, Esq.
Texas Bar No. 24007993
Shea Palavan, Esq.
Texas Bar No. 24083636
COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
Email: jedmonds@cepiplaw.com
sschlather@cepiplaw.com
spalavan@cepiplaw.com

*Attorneys for Plaintiff*
*Location Services IP, LLC*

/s/ *Timothy S. Durst*
Timothy S. Durst
Lead Attorney
Texas Bar No. 00786924
tim.durst@bakerbotts.com
Kurt Pankratz
Texas Bar No. 24013291
kurt.pankratz@bakerbotts.com
Ross G. Culpepper
Texas Bar No. 24069559
ross.culpepper@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 600
Dallas, Texas 75201-2980
Telephone: 214-953-6500
Facsimile: 214-953-6503

| | |
|---|---|
| Attorneys for CVS PHARMACY, INC. | **ATTORNEYS FOR DEFENDANTS AT&T MOBILITY, LLC and AT&T SERVICES, INC.** |
| /s/ *Michael S. Nadel* <br> Jennifer H. Doan (Texas Bar No. 08809050) <br> Stephen D. Howen (Texas Bar No. 10117800) <br> Haltom & Doan <br> 6500 Summerhill Road, Suite 100 <br> Texarkana, Texas  75503 <br> (903) 255-1000 <br><br> Christopher D. Bright <br> McDermott Will & Emery LLP <br> 4 Park Plaza, Suite 1700 <br> Irvine, California  92614 <br> (949) 851-0633 <br><br> Michael S. Nadel <br> Natalie A. Bennett <br> McDermott Will & Emery LLP <br> 500 North Capitol Street, N.W. <br> Washington, D.C. 20001 <br> (202) 756-8000 | /s/ *Elizabeth D. Flannery* <br> Scott F. Partridge <br> Lead Attorney <br> Texas Bar No. 00786940 <br> scott.partridge@bakerbotts.com <br> Elizabeth D. Flannery <br> Texas Bar No. 24045815 <br> Liz.flannery@bakerbotts.com <br> Michelle Jacobson Eber <br> Texas Bar No. 24078727 <br> Michelle.eber@bakerbotts.com <br> BAKER BOTTS L.L.P. <br> One Shell Plaza <br> 910 Louisiana Street <br> Houston, Texas 77002 <br> Tel.:  (713) 229-1569 <br> Fax:  (713) 229-7769 |
| *Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and Chase Bank USA, N.A.* | **Attorneys for HEB Grocery Company, LP and H.E. Butt Grocery Company** |

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/EFC system per Local Rule CV-5(a)(3). Any other counsel of record will served by first class mail.

August 3, 2015                                                      */s/ John J. Edmonds* <br>
                                                                                                                               John J. Edmonds