**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LOCATION SERVICES IP LLC,<br><br>     *Plaintiff*,<br><br>v.<br><br>AT&T MOBILITY LLC, AT&T SERVICES INC., AND TELENAV INC.,<br><br>     *Defendants*. | Civil Action No. 2:15-cv-00435 (Lead Case)<br><br>JURY TRIAL DEMANDED |

## <u>TELENAV'S NOTICE OF SERVICE OF INITIAL AND ADDITIONAL DISCLOSURES</u>

Please take notice that Defendant Telenav, Inc. served its Initial and Additional

Disclosures upon Location Services IP, LLC via electronic mail on August 20, 2015, pursuant to

the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the

Eastern District of Texas, and the Court's Docket Control Order and Discovery Order.

Dated: August 20, 2015

Respectfully Submitted,

*/s/ Edward J. DeFranco* _____
Edward J. DeFranco

**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**
Edward J. DeFranco
Lead Attorney
(NY Bar. No. 2108561)
eddefranco@quinnemanuel.com
QUINN EMANUEL URQUHART
& SULLIVAN, LLP

51 Madison Ave., 22nd Floor
New York, New York 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100

Charles K. Verhoeven
CA State Bar No. 170151
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor,
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Mark Tung
CA State Bar No. 245782
marktung@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor,
Redwood Shores, CA 94065-2139
Tel.: (650) 801-5000
Fax: (650) 801-5100

**MANN | TINDEL | THOMPSON**
J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
300 West Main Street
Henderson, Texas 75652
Tel: (903) 657-8540
Fax: (903) 657-6003

**ATTORNEYS FOR DEFENDANT AND
COUNTER-CLAIMANT TELENAV,
INC.**

# <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 20th day of August, 2015.

*/s/   Edward J. DeFranco*
Edward J. DeFranco
