# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LOCATION SERVICES IP, LLC, | § § § | |
| Plaintiff, | § | Civil Action No. 2:15-cv-00435-JRG |
| | § | |
| v. | § | **LEAD CASE** |
| | § | |
| JP MORGAN CHASE & CO., ET AL. | § | **JURY DEMANDED** |
| | § § | |
| Defendant. | § | |

## DEFENDANT YAHOO! INC.'S NOTICE OF FILING OF MOTION TO AMEND THE DOCKET CONTROL ORDER

Defendant Yahoo! Inc., the sole remaining defendant in the companion '152 lead case, notifies this Court that it has filed a Motion to Amend the Docket Control Order in the '152 case (Dkt. No. 64) to be consistent with the deadlines in this present case, the '435 case. A copy of the Defendant Yahoo! Inc.'s Motion to Amend Docket Control Order and Supporting Brief is attached to this Notice as Exhibit A.

Respectfully submitted,

*/s/ Jennifer H. Doan*
Jennifer H. Doan
State Bar No. 08809050
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com

**YAHOO!'S NOTICE OF FILING OF MOTION TO AMEND THE DOCKET CONTROL ORDER – Page 1**

        Stephen D. Howen
        State Bar No. 10117800
        HALTOM & DOAN
        4975 Preston Park Blvd., Suite 600
        Plano, TX 75093
        Telephone: 469-814-0433
        Facsimile: 469-814-8422
        Email:  showen@haltomdoan.com

        Scott F. Partridge
        State Bar No. 00786940
        Elizabeth Durham Flannery
        State Bar No. 24045815
        Joshua Davis
        State Bar No. 24059656
        BAKER BOTTS L.L.P.
        One Shell Plaza
        910 Louisiana St.
        Houston, TX 77002
        Telephone: (713) 229-1569
        Facsimile: (713) 229-7769
        Email: scott.partridge@bakerbotts.com
        Email: liz.flannery@bakerbotts.com
        Email: joshua.davis@bakerbotts.com

        **ATTORNEYS FOR DEFENDANT YAHOO! INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 31st of August, 2015.  Any other counsel of record will be served by first class mail.

        /s/ *Jennifer H. Doan*
        Jennifer H. Doan