IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOCATION SERVICES, IP, LLC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:15-cv-0435 |
| | § | MEMBER CASE |
| JP MORGAN CHASE & CO., ET AL. | § § | |
| *Defendant*. | § § § § | |

## **ORDER**

The Court ORDERS that the Court's prior order concerning the parties' Protective Order (Dkt. No. 59) is hereby VACATED in all respects.

**So Ordered and Signed on this**

**Sep 4, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE