GENERAL ORDER 15-23

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## GENERAL ORDER ASSIGNING PATENT CASES TO SENIOR U.S. CIRCUIT JUDGE WILLIAM C. BRYSON

The following Marshall Division patent cases are hereby transferred from the docket of U.S. District Judge Rodney Gilstrap to Senior U.S. Circuit Judge William C. Bryson pursuant to Judge Bryson's current intercircuit designation to this court:

| Civil Cases Reassigned to Judge William C. Bryson ||
| --- | --- |
| 2:15-cv-195 | BCL-Equipment Leasing, LLC v. Davis, Jr. |
| 2:15-cv-512 | Robroy Industries-Texas LLC et al v. Thomas & Betts Corporation |
| 2:15-cv-1509 | Dugger v. Stephen F. Austin State University |
| 2:15-cv-1455 | Allergan, Inc. v. Teva Pharmaceuticals USA, Inc. et al |
| 2:15-cv-1155 | Endeavor MeshTech, Inc. v. Zenner Performance Meters, Inc. |
| 2:15-cv-1030 | Script Security Solutions, L.L.C. v. Amazon.com, Inc. et al |
| 2:15-cv-1031 | Script Security Solutions, L.L.C. v. Panasonic Corporation of North America |
| 2:15-cv-1033 | Script Security Solutions, L.L.C. v. Time Warner Cable Enterprises LLC |
| 2:15-cv-1034 | Script Security Solutions, L.L.C. v. Cellco Partnership |
| 2:15-cv-369 | Script Security Solutions, L.L.C. v. ADT LLC |
| 2:15-cv-370 | Script Security Solutions, L.L.C. v. AT&T Digital Life, Inc. et al |
| 2:15-cv-371 | Script Security Solutions, L.L.C. v. CenturyLink, Inc. |
| 2:15-cv-372 | Script Security Solutions, L.L.C. v. Comcast Corporation et al |
| 2:15-cv-374 | Script Security Solutions, L.L.C. v. FrontPoint Security Solutions, LLC |
| 2:15-cv-375 | Script Security Solutions, L.L.C. v. Lifeshield Security LLC et al |
| 2:15-cv-376 | Script Security Solutions, L.L.C. v. Monitronics International, Inc |
| 2:15-cv-377 | Script Security Solutions, L.L.C. v. Protection One Alarm Monitoring, Inc. |
| 2:15-cv-1202 | ERFINDERGEMEINSCHAFT UROPEP GbR v. Eli Lilly and Company et al |

| | **Civil Cases Reassigned to Judge William C. Bryson** |
|---|---|
| 2:15-cv-1559 | Preservation Wellness Technologies LLC v. Allscripts Healthcare Solutions Inc |
| 2:15-cv-1560 | Preservation Wellness Technologies LLC v. Athenahealth Inc |
| 2:15-cv-1561 | Preservation Wellness Technologies LLC v. Epic Systems Corporation |
| 2:15-cv-1562 | Preservation Wellness Technologies LLC v. NextGen Healthcare Information Systems LLC |
| 2:15-cv-906 | Sycamore IP Holdings LLC v. EXFO America, Inc. et al |
| 2:15-cv-907 | Sycamore IP Holdings LLC v. JDS Uniphase Corporation |
| 2:15-cv-1268 | Sycamore IP Holdings LLC v. RAD Data Communications Inc. |
| 2:15-cv-238 | Sycamore IP Holdings LLC v. ABB, Inc. et al |
| 2:15-cv-240 | Sycamore IP Holdings LLC v. ADVA Optical Networking North America, Inc. et al |
| 2:15-cv-332 | Sycamore IP Holdings LLC v. Ericsson Inc., et al |
| 2:15-cv-335 | Sycamore IP Holdings LLC v. Xtera Communications, Inc. |
| 2:15-cv-838 | Fellowship Filtering Technologies, LLC v. Adobe Systems, Inc. |
| 2:15-cv-1090 | Fellowship Filtering Technologies, LLC v. Baidu, Inc. et al |
| 2:15-cv-1232 | Turn IP LLC v. Alliance Bank |
| 2:15-cv-1233 | Turn IP LLC v. Amegy Bank National Association |
| 2:15-cv-1235 | Turn IP LLC v. American Bank of Texas |
| 2:15-cv-1236 | Turn IP LLC v. Austin Bank National Association |
| 2:15-cv-1237 | Turn IP LLC v. Bank of Texas |
| 2:15-cv-1238 | Turn IP LLC v. BBVA Compass Bancshares, Inc. |
| 2:15-cv-1239 | Turn IP LLC v. Citizens Financial Group, Inc. |
| 2:15-cv-1240 | Turn IP LLC v. First Bank & Trust East Texas |
| 2:15-cv-1241 | Turn IP LLC v. First Citizens Bancshares, Inc. |
| 2:15-cv-1243 | Turn IP LLC v. First Republic Bank |
| 2:15-cv-1247 | Turn IP LLC v. HSBC North America Holdings Inc. |
| 2:15-cv-1248 | Turn IP LLC v. Huntington State Bank |

| **Civil Cases Reassigned to Judge William C. Bryson** ||
|---|---|
| 2:15-cv-1249 | Turn IP LLC v. Plainscapital Bank |
| 2:15-cv-1250 | Turn IP LLC v. Prosperity Bank |
| 2:15-cv-1252 | Turn IP LLC v. Southside Bank |
| 2:15-cv-1254 | Turn IP LLC v. TD Bank, N.A. |
| 2:15-cv-1256 | Turn IP LLC v. US Bancorp Asset Management Inc. |
| 2:15-cv-435 | Location Services IP, LLC v. JP Morgan Chase & Co. et al |
| 2:15-cv-155 | Location Services IP, LLC v. Yahoo!, Inc. |
| 2:15-cv-436 | Location Services IP, LLC v. CVS Caremark Corporation et al |
| 2:15-cv-523 | Location Services IP, LLC v. AT&T Mobility, LLC et al |
| 2:15-cv-1214 | Location Services IP, LLC v. Lyft, Inc. |
| 2:15-cv-1208 | Location Services IP, LLC v. Uber Technologies, Inc. d/b/a Uber |
| 2:15-cv-1211 | Location Services IP, LLC v. TripAdvisor LLC |
| 2:15-cv-1688 | Location Services IP, LLC v. Comcast Corporation |
| 2:15-cv-1689 | Location Services IP, LLC v. Groupon, Inc. |
| 2:15-cv-1690 | Location Services IP, LLC v. Priceline.com LLC |
| 2:15-cv-1691 | Location Services IP, LLC v. McDonalds Corporation et al |
| 2:15-cv-1692 | Location Services IP, LLC v. Shopkick, Inc. |

So **ORDERED** and **SIGNED** this **15** day of **December, 2015.**

_____
Ron Clark, United States District Judge