**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LOCATION SERVICES IP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:15-cv-435-WCB |
| v. ) | |
| ) | |
| JPMORGAN CHASE & CO., *et al*. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

**BEFORE THE COURT IS** Groupon, Inc.'s Motion for Leave to File a Claim Construction Brief as an Amicus (Doc. 124) ("Motion for Leave"), which was filed with the Court on January 12, 2016.

After due consideration, the Court is of the opinion that the Motion for Leave is well taken and that it should be, in all things, **GRANTED**.

**IT IS THEREFORE ORDERED** that Groupon's proposed amicus brief, submitted as an attachment to the Motion for Leave (Doc. 125), is accepted for the Court's consideration during *Markman* proceedings.