**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LOCATION SERVICES IP, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:15-CV-435-JRG |
| JP MORGAN CHASE & Co., et al., | § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the motion of non-party Groupon, Inc., for leave to file a claim construction brief as amicus curiae. The Court directs that any opposition to the motion should be filed by 3 p.m., Central Standard Time, on Friday, January 15, 2016. The Court will act on the motion promptly after that time.

IT IS SO ORDERED.

SIGNED this 13th day of January, 2016.

*/s/ William C. Bryson*
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE