IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOCATION SERVICES IP, LLC,<br>Plaintiff,<br>v.<br>JP MORGAN CHASE & CO. et al.,<br>Defendants. | Civil Action No. 2:15-cv-00435-WCB<br>LEAD CASE |
| YAHOO! INC.,<br>Defendant. | Civil Action No. 2:15-cv-00155-WCB |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff, Location Services IP, LLC, and Defendant, Yahoo! Inc. (collectively "The Parties"), hereby submit this motion and provide notice to the Court pursuant to the Court's Standing Order Regarding Proper Notification of Settlement to the Court. The Parties have reached a settlement in principle of this matter. Specifically, all matters in controversy between these Parties have settled in principle.

In furtherance of the Parties' agreement, the Parties jointly move the Court for a temporary stay of all unreached deadlines related to these Defendants contained in the Court's Docket Control Order for a period of thirty (30) days so that appropriate dismissal papers may be submitted.

January 15, 2016

Respectfully submitted,

/s/ *John J. Edmonds*
John J. Edmonds – Lead Counsel
Texas Bar No. 789758
Stephen F. Schlather, Esq.

/s/ *Jennifer H. Doan*
Jennifer H. Doan
State Bar No. 08809050

Stephen D. Howen
State Bar No. 10117800
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: acurtis@haltomdoan.com

Scott F. Partridge
Texas Bar No. 00786940
Elizabeth D. Flannery
Texas Bar No. 24045815
Joshua P. Davis
Texas Bar No. 24059656
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Tel.: (713) 229-1569
Fax: (713) 229-7769

**ATTORNEYS FOR DEFENDANT YAHOO! INC.**

Texas Bar No. 24007993
Shea Palavan, Esq.
Texas Bar No. 24083636
Brandon G. Moore
Texas Bar No. 24082372
COLLINS, EDMONDS
SCHLATHER & TOWER, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
Email: jedmonds@ip-lit.com.com
sschlather@ip-lit.com
spalavan@ip-lit.com
bmoore@ip-lit.com

***Attorneys for Plaintiff Location Services IP, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/EFC system per Local Rule CV-5(a)(3). Any other counsel of record will served by first class mail.

January 15, 2016

*/s/ John J. Edmonds*
John J. Edmonds