IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOCATION SERVICES IP, LLC,<br><br>　　Plaintiff,<br><br>　v.<br><br>JP MORGAN CHASE & CO. et al.,<br><br>　　Defendants. | Civil Action No. 2:15-cv-00435-WCB<br>LEAD CASE |
| YAHOO! INC.,<br><br>　　Defendant. | Civil Action No. 2:15-cv-00155-WCB |

ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

Before the Court is the Motion to Stay All Deadlines filed by Plaintiff, Location Services IP, LLC, and Defendant, Yahoo! Inc.  The Court find that said motion should be GRANTED.

It is therefore ORDERED that all unreached deadlines in the Court's Docket Control Order as related to these Defendants are stayed for a period of thirty (30) days from the date of this order. Accordingly, the Markman Hearing scheduled for February 11th, 2016, is cancelled.

　IT IS SO ORDERED.

　SIGNED this 19th day of January, 2016.

　　　　　　　　　　　　　　　　　　　　　　　_William C. Bryson_
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM C. BRYSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE